**Order entered October 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01098-CV

**FAYE M. SEARCY, ET AL., Appellants**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03555-D**

## ORDER

Before the Court is the October 29, 2018 request of Coral Wahlen, Official Court Reporter of County Court at Law No. 4, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **November 19, 2018**.

/s/    ADA BROWN
        JUSTICE